**PENUNURI**

v.

**SUNDANCE**

20160683

Supreme Court of Utah.

11-01-2016

20140854

380 P.3d 3

Petition for Writ of Certiorari Granted.

**PC RIVER VIEW**

v.

**CAO**

20160781

Supreme Court of Utah.

11-08-2016

20150479

381 P.3d 1185

Petition for Writ of Certiorari Granted.

**MARZIALE**

v.

**SPANISH FORK CITY**

20160696

Supreme Court of Utah.

11-08-2016

20140982

308 P.3d 40

Petition for Writ of Certiorari Granted.

**BLANKE**

v.

**BOP**

20160766

Supreme Court of Utah.

12-19-2016

20160298

Petition for Writ of Certiorari Granted.